IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:03CR231-15**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| LEOPOLDO HERNANDEZ ARCADIA ) | |
| ) | |

THIS MATTER IS BEFORE THE COURT on defendant Leopoldo Hernandez Arcadia's Motion for Immediate Sentencing and Waiver of Delays [doc. 529].

For cause shown the motion is **granted.**

IT IS HEREBY ORDERED that sentencing is scheduled for **Thursday, February 2, 2006, at 10:30 am.**

SO ORDERED.  Signed: January 24, 2006

Graham C. Mullen
United States District Judge